B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re: **CRP-2 Holdings AA, L.P.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A.I.R. Conditioning Services LLC<br>8610 Kip Dr.<br>Owings, MD 20736 | A.I.R. Conditioning Services LLC<br>8610 Kip Dr.<br>Owings, MD 20736 | Trade debt | | 140,517.00 |
| American Landscape LLC<br>586 S. Middle Bush Rd.<br>Somerset, NJ 08873 | American Landscape LLC<br>586 S. Middle Bush Rd.<br>Somerset, NJ 08873 | Trade debt | | 32,049.31 |
| Colliers Int'l Asset & Property<br>6250 N. River Rd., Ste. 11-100<br>Des Plaines, IL 60018 | Colliers Int'l Asset & Property<br>6250 N. River Rd., Ste. 11-100<br>Des Plaines, IL 60018 | Trade debt | | 232,848.74 |
| Colliers Int'l New England LLC<br>160 Federal St.<br>Boston, MA 02110 | Colliers Int'l New England LLC<br>160 Federal St.<br>Boston, MA 02110 | Trade debt | | 75,000.00 |
| Conopco, Inc.<br>5448 Praire Stone Pkwy.<br>Schaumburg, IL 60192 | Conopco, Inc.<br>5448 Praire Stone Pkwy.<br>Schaumburg, IL 60192 | Trade debt | | 62,199.17 |
| Cook County Treasurer<br>118 N. Clark<br>Suite 112<br>Chicago, IL 60602 | Cook County Treasurer<br>118 N. Clark<br>Suite 112<br>Chicago, IL 60602 | Notice purposes only | | 321,318.04 |
| Direct Energy Business<br>1001 Liberty Ave.<br>Pittsburgh, PA 15222 | Direct Energy Business<br>1001 Liberty Ave.<br>Pittsburgh, PA 15222 | Trade debt | | 49,192.69 |
| Draper & Kramer, Inc.<br>33 W. Monroe #1900<br>Chicago, IL 60603 | Draper & Kramer, Inc.<br>33 W. Monroe #1900<br>Chicago, IL 60603 | Trade debt | | 75,000.00 |
| DuPage County Collector<br>421 N. County Farm Rd.<br>Wheaton, IL 60187 | DuPage County Collector<br>421 N. County Farm Rd.<br>Wheaton, IL 60187 | Notice purposes only | | 507,971.89 |
| Edgley Construction Group Inc.<br>12081 Tech Road<br>Silver Spring, MD 20904 | Edgley Construction Group Inc.<br>12081 Tech Road<br>Silver Spring, MD 20904 | Trade debt | | 67,890.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   CRP-2 Holdings AA, L.P.                                              Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Evergreen Janitorial Servs., Inc. 42020 Village Center Plaza Ste. 120-188 Stone Ridge, VA 20105 | Evergreen Janitorial Servs., Inc. 42020 Village Center Plaza Ste. 120-188 Stone Ridge, VA 20105 | Trade debt | | 36,452.80 |
| Fairfax Department of Tax 12000 Government Center Pkwy. Fairfax, VA 22035 | Fairfax Department of Tax 12000 Government Center Pkwy. Fairfax, VA 22035 | Notice purposes only | | 218,388.57 |
| Fox Architects, LLC 8624 Westpark Dr., #620 Mc Lean, VA 22102 | Fox Architects, LLC 8624 Westpark Dr., #620 Mc Lean, VA 22102 | Trade debt | | 30,283.84 |
| Harvard Maintenance, Inc. 59 Maiden Lane, 17th Flr. New York, NY 10038 | Harvard Maintenance, Inc. 59 Maiden Lane, 17th Flr. New York, NY 10038 | Trade debt | | 48,189.35 |
| Jones Lang LaSalle Americas, Inc. 200 E. Randolph Dr. Chicago, IL 60601 | Jones Lang LaSalle Americas, Inc. 200 E. Randolph Dr. Chicago, IL 60601 | Trade debt | | 64,008.93 |
| Kane County Treasurer 719 S. Batavia Ave. Geneva, IL 60134 | Kane County Treasurer 719 S. Batavia Ave. Geneva, IL 60134 | Notice purposes only | | 225,781.31 |
| Martone Construction Management 5165 MacArthur Blvd. #A Washington, DC 20016 | Martone Construction Management 5165 MacArthur Blvd. #A Washington, DC 20016 | Trade debt | | 35,491.00 |
| OnX Managed Services, Inc. 2200 Cabot Drive Suite 450 Lisle, IL 60532 | OnX Managed Services, Inc. 2200 Cabot Drive Suite 450 Lisle, IL 60532 | Trade debt | | 244,638.91 |
| Town of Southborough 17 Common Street Southborough, MA 01722 | Town of Southborough 17 Common Street Southborough, MA 01722 | Notice purposes only | | 46,093.21 |
| Township of Piscataway 455 Hoes Lane Municipal Complex Piscataway, NJ 08854 | Township of Piscataway 455 Hoes Lane Municipal Complex Piscataway, NJ 08854 | Notice purposes only | | 100,387.96 |

B4 (Official Form 4) (12/07) - Cont.

In re **CRP-2 Holdings AA, L.P.** _____ Case No. _____
                                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cassidy Turley Commercial Real Estate<br>55 West Plaza<br>Suite 600<br>St. Louis, MO 63146 | Cassidy Turley Commercial Real Estate<br>55 West Plaza<br>Suite 600<br>St. Louis, MO 63146<br>Amanda Betlack | Trade debt | | 23,015.83 |
| Fair Lakes League Inc.<br>12500 Fair Lakes Circle<br>Suite 400<br>Fairfax, VA 22033 | Fair Lakes League Inc.<br>12500 Fair Lakes Circle<br>Suite 400<br>Fairfax, VA 22033<br>Shameka Wright<br>(703) 631-631-6481 | Trade debt | | 19,441.68 |
| K&M Concrete, Inc.<br>311 N. 2nd St., Suite 201-C<br>St. Charles, IL 60174 | K&M Concrete, Inc.<br>311 N. 2nd St., Suite 201-C<br>St. Charles, IL 60174<br>Kent Williams<br>(630) 377-8801 | Trade debt | | 18,920.00 |
| Lake County Collector<br>18 N. County Street<br>Suite 102<br>Waukegan, IL 60085 | Lake County Collector<br>18 N. County Street<br>Suite 102<br>Waukegan, IL 60085<br>David Stolman<br>(847) 984-5899 | Notice purposes only | | 20,949.95 |
| Lincoln Property Company<br>1530 Wilson Blvd., Suite 200<br>Arlington, VA 22209 | Lincoln Property Company<br>1530 Wilson Blvd., Suite 200<br>Arlington, VA 22209<br>Alison Morgan | Trade debt | | 17,604.50 |
| Plex Systems Inc.<br>900 Tower Drive, Suite 1400<br>Troy, MI 48098 | Plex Systems Inc.<br>900 Tower Drive, Suite 1400<br>Troy, MI 48098 | Trade debt | | 17,557.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **CRP-2 Holdings AA, L.P.**                                            Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the VP of Colony Realty Partners GP II, LLC of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  July 20, 2015                     Signature  _/s/ Amanda Strong_
                                                   **Amanda Strong**
                                                   **VP of Colony Realty Partners GP II, LLC**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                        18 U.S.C. §§ 152 and 3571.