IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Case |
| | ) | |
| **CRP-2 HOLDINGS AA, L.P.** | ) | **Case No. 15 B 24683** |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

## NOTICE OF FILING

To: See Attached Service List

     PLEASE TAKE NOTICE that on August 3, 2015, the United States Trustee by his attorney, M. Gretchen Silver, caused a copy of the **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and herewith served upon you.

By:*/s/ M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604
312-353-5054

# CERTIFICATE OF SERVICE

I, M. Gretchen Silver, an attorney, state that pursuant to Local Rule 9013-1(D) the above **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** was filed on August 3, 2015, and served on all persons identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via Electronic Mail or First Class Mail, as indicated, before 5:00 p.m. on August 3, 2015.

/s/*M. Gretchen Silver*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Christopher Combest    christopher.combest@quarles.com, Faye.Feinstein@quarles.com;Sarah.Baker@quarles.com
- John J Conway    johnconway@shlawfirm.com
- Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
- Frances Gecker    fgecker@fgllp.com, csmith@fgllp.com
- Reed A Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com
- Jeremy C Kleinman    jkleinman@fgllp.com, ccarpenter@fgllp.com;mmatlock@fgllp.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Renu Shah    renu.shah@skadden.com, chdocket@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com

**Parties Served via Electronic Mail:**

| A.I.R. Conditioning Services LLC | Melissa Hardesty | aircondserv@yahoo.com |
|---|---|---|
| American Landscape LLC | John Snyder | jsamericanland@msn.com |
| Colliers Int'l Asset & Property | Susan Lehman<br>Richard Chludzinski | susan.lehman@colliers.com<br>richard.chludzinski@colliers.com |
| Colliers Int'l New England LLC | Fax: 617-330-8127 | |
| Conopco, Inc. | Fax: 847-645-5050 | |
| Direct Energy Business | | CustomerRelations@directenergy.com |
| Draper & Kramer, Inc. | Fax: 312-346-2177 | |
| Edgley Construction GroupInc. | Fax: 301-622-3334 | |

| | | |
|---|---|---|
| **Evergreen Janitorial Servs., Inc.** | **Fax: 703-786-6188** | |
| **Fox Architects, LLC** | **Fax: 703-821-2270** | |
| **Harvard Maintenance, Inc.** | **John Rowley** <br> **Fax: 212-269-2474** | |
| **Jones Lang LaSalle Americas, Inc.** | **Shey Gulley** <br> **Fax: 703-204-0168** | shey.gulley@am.jll.com |
| | **Dan Archer** <br> **Fax: 703-204-0168** | |
| | **Dayna Sowd** <br> **Fax: 703-204-0168** | |
| | **Fax: 312-782-4339** | |
| **Martone Construction Management** | **Fax: 202-363-1123** | |
| **OnX Managed Services, Inc.** | **Jan Kratochvil** | jan.kratochvil@onx.com |
| **Cassidy Turley Commercial Real Estate** | **Amanda Betlack** | Amanda.Betlach@dtz.com |
| **Fair Lakes League Inc.** | **Shameka Wright** <br> **Fax: 703-631-6481** | |
| **K&M Concrete, Inc.** | **Kent Williams** | williams630@att.net |
| **Lincoln Property Company** | **Alison Morgan** | amorgan@lpc.com |
| **Plex Systems Inc.** | **Fax: 248-828-0573** | |

**Parties served via First-Class Mail:**
Evan R. Levy
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Mark A McDermott
Skadden Arps Slate Meagher & Flom LLC
4 Times Square
New York, NY 10036

Christine Okike
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

CRP-2 Holdings AA, L.P.
Two International Place
Suite 2500-AA
Boston, MA 02110

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Case |
| | ) | |
| | ) | |
| **CRP-2 HOLDINGS AA, L.P.** | ) | **Case No. 15 B 24683** |
| | ) | |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

## NOTICE OF APPOINTMENT OF COMMITTEE
## OF UNSECURED CREDITORS

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed as the creditors' committee in this case:

CREDITOR/REPRESENTATIVE

Phil Stafford, Colliers International Asset and Property, 6250 N. River Rd., Ste. 11-100, Rosemont, IL  60018

Denise Starkey, OnX Managed Services, In., 2200 Cabot Dr., Ste. 450, Lisle, IL  60532


RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE


DATE: August 3, 2015          By: */s/  M. Gretchen Silver*
                                  M. Gretchen Silver
                                  Attorney for the U.S. Trustee