APPEARANCE

United States Bankruptcy Court

For the ___Northern___ District of ___Illinois___

In re                              )
                                   )   Case No.
                                   )
                                   )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

_____

_____

_____

| Print Name on this Line | Firm Name |
|---|---|
|  | FIRM ID NUMBER: _____ |
| Signature | |
| ATTORNEY ID NUMBER _____ | Street Address |
|  |  |
|  | City     State     Zip |
|  | Telephone _____ |

Trial Attorneys*

_____
    Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

   DATED: _____