UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 15-24683
CRP-2 Holdings AA, L.P. )
) Chapter: 11
)
) Honorable Donald R. Cassling
)
)
Debtor(s) )

**Order Granting First & Final Application of Levenfeld Pearlstein LLC for Compensation & Reimbursement of Expenses as Prior Counsel to the Official Committee of Unsecured Creditors**

This matter came before the Court on the first and final application of Levenfeld Pearlstein LLC for compensation and reimbursement of expenses as prior counsel to the official committee of unsecured creditors in the above-captioned chapter 11 case (the "Application"). The Application seeks final allowance of fees and reimbursement of expenses from the period beginning August 3, 2015, and ending September 22, 2015 (the "Fee Application Period"). After reviewing the Application and hearing the statements of counsel at a hearing (the "Hearing"); it appearing that the Court has jurisdiction over this matter under under §§ 157(a) and 1334 of title 28 of the United States Code and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois; (b) this is a core proceeding under 28 U.S.C. § 157(b)(2);

The Court finds that the amounts requested in the Application are reasonable; the Court further finding that the services rendered and expenses incurred by Levenfeld Pearlstein LLC, as described in the Application were actual and necessary to the administration of, and actually benefited, the bankruptcy estate of the Debtor in this case; the Court further finding that due and adequate notice of the Application and the Hearing was provided; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief sought by Levenfeld Pearlstein LLC;

It is hereby Ordered that:

1. The Application is granted, subject to the Objection to the Application filed by US Bank, N.A. (Dkt. 238), as incorporated in this Order.

2. The Court allows Levenfeld Pearlstein LLC, on a final basis, compensation for its fees in the amount of $37,572.00 as administrative expenses of the Debtor's estate under §§ 503(b) and 507(a)(1) of the Bankruptcy Code.

3. The Court allows Levenfeld Pearlstein LLC, on a final basis, reimbursement for its reasonable out-of-pocket expenses in the amount of $99.75 as administrative expenses of the Debtor's estate under §§ 503(b) and 507(a)(1) of the Bankruptcy Code.

4. The Court authorizes the Debtor, and any successor in interest to the Debtor, to pay the amounts awarded under this order to Levenfeld Pearlstein LLC in respect of the amounts allowed by the Court, subject in all respects to all pending orders of this Court. No amounts allowed herein shall be paid by the Debtor absent further order of the Court, provided, however, that, if and to the extent any non-

Debtor third-party pays any of the amounts allowed herein, any claim asserted by such non-Debtor third party on account of such payment (a) shall not prime the interests of U.S. Bank in assets of the estate, including Cash Collateral (as defined in the Objection filed at Dkt. 238) and (b) shall be subject to all defenses and objections of U.S. Bank, whether or not set forth in the Objection filed at Dkt. 238, including, without limitation, as to the use of Cash Collateral to pay such claim and as to the reasonableness and necessity of the amounts claimed.

5. To the extent that Levenfeld Pearlstein, LLC's allowed fees and expenses are paid from assets of the Debtor's estate on account of the Application, those allowed fees and expenses may only be paid from unencumbered assets of the estate, and not paid from assets encumbered by US Bank's secured interest in the Debtor's assets, unless US Bank consents otherwise.

6. The Court retains jurisdiction to hear and determine any disputes arising out of the implementation of this order.

Enter:

*[signature]*

Dated: **2 5 JAN 2016**

United States Bankruptcy Judge

**Prepared by:**
Elizabeth B. Vandesteeg, Esq.
Jack O'Connor, Esq.
Sugar Felsenthal Grais & Hammer LLP
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60606-6677
Telephone: 312.704.9400
Facsimile: 312.372.7951
evandesteeg@SugarFGH.com
joconnor@SugarFGH.com

Rev: 20151029_bko