**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRP-2 HOLDINGS AA, L.P., | ) | Case No. 15-24683 (DRC) |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | **Hearing Date: February 9, 2015** |
| | ) | **Hearing Time: 11:00 a.m. Central** |

**RESPONSE OF CRP-2 HOLDINGS AA, L.P. TO MOTION TO**
**DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 1112(b)**

CRP-2 Holdings AA, L.P. (the "Debtor"), by and through its attorneys, hereby submits this response to the Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b) (the "Motion to Dismiss") [Dkt. No. 248], filed by CW Capital Asset Management LLC ("CWCAM"), and respectfully states as follows:

1. The Debtor is a Delaware limited partnership that was formed in May of 2006 for the primary purpose of acquiring and managing real property. CRP-2 Holdings GP-AA, LLC (the "General Partner") is the general partner of the Debtor. CRP-2 Holdings 2, LLC (the "Limited Partner") is the limited partner of the Debtor. The General Partner and the Limited Partner are controlled, through a series of intermediate entities, by Colony Realty Partners GP II, LLC. The Debtor currently owns ten properties (each a "Subject Property" and collectively, the "Portfolio") consisting in the aggregate of six office buildings and twenty-six industrial buildings located in or near Chicago, Washington D.C., Boston, and New Jersey.

2. On July 21, 2015 (the "Petition Date"), the Debtor commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"). The Debtor continues to manage and operate its business as debtor in possession pursuant to sections 1107

and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this Chapter 11 Case.

3. Contemporaneously with the filing of this Chapter 11 Case, the Debtor filed its Plan of Reorganization of CRP-2 Holdings AA, L.P. Pursuant to Chapter 11 of the Bankruptcy Code (the "Plan") [Dkt. No. 15] and the Disclosure Statement with respect to the Plan (as amended on October 13, 2015, the "Disclosure Statement") [Dkt. No. 160]. The Plan contemplated, *inter alia*, payment in full of all creditors.

4. On November 17, 2015, the Debtor filed its Notice of Withdrawal of (A) Plan of Reorganization Of CRP-2 Holdings AA, L.P. Pursuant to Chapter 11 of the Bankruptcy Code and (B) Second Amended Disclosure Statement with Respect to the Plan of Reorganization of CRP-2 Holdings AA, L.P. Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 187] indicating that the Debtor will not seek approval of the Disclosure Statement, will not solicit acceptances of the Plan and will not seek confirmation of the Plan.

5. On January 14, 2016, CWCAM filed the Motion to Dismiss seeking the entry of an order dismissing the Debtor's Chapter 11 Case for "cause" under 11 U.S.C. § 1112(b).

6. Although the Debtor does not oppose the relief sought in the Motion to Dismiss, the Debtor wishes to correct certain misimpressions left by CWCAM's Motion to Dismiss.

7. The Debtor commenced this proceeding six months ago, and, on the same date, the Debtor filed its Plan and Disclosure Statement. The Debtor also proposed an aggressive schedule that would have allowed for a prompt exit from bankruptcy (which aggressive schedule CWCAM resisted). The Plan anticipated an equity investment of at least $10 million, and proposed that all creditors would be paid in full.

8. On the Petition Date, the Debtor believed it had access to a bank account (the ("Working Capital Escrow Account"), identified on the Debtor's Schedule B, with an estimated $10,893,700 balance. The Working Capital Escrow Account balance was in addition to the anticipated equity investment of at least $10 million.

9. The more than $10 million in Debtor's Working Capital Escrow Account was to be used to pay for, among other things, tenant improvements and leasing commissions, and was to be a critical source of cash during the bankruptcy process.

10. On August 12, 2015, CWCAM belatedly informed the Debtor via email that its Working Capital Escrow Account "was drawn down on June 22, 2015 and applied to the loan."

11. CWCAM's actions in taking this key $10 million on the eve of bankruptcy left the Debtor without a source of cash to pay for leasing costs and necessary building improvements, which would have improved the financial position of the Portfolio during the pendency of this Chapter 11 Case. In this regard, CWCAM's Motion to Dismiss specifically notes that the "Debtor's receipts from operations have steadily declined over the course of the Bankruptcy Case." (Motion to Dismiss, ¶ 14).

12. CWCAM's actions and inaction have led to the continued accrual of interest and default interest (CWCAM contends that $4 million on contract rate interest and $4 million in default interest have accrued during the course of these proceedings (Motion to Dismiss, ¶ 15)), and the deterioration of the assets and, correspondingly, of the equity cushion that was available on the Petition Date.

WHEREFORE, CRP-2 Holdings AA, L.P. does not oppose the Motion to Dismiss.

Dated: February 2, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　CRP-2 HOLDINGS AA, L.P.

　　　　　　　　　　　　　　　　　　　　　By:   */s/ Joseph D. Frank*
　　　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

Joseph D. Frank (IL No. 6216085)
Frances Gecker (IL No. 6198450)
Reed Heiligman (IL No. 6294312)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Phone: (312) 276-1400
Fax:    (312) 276-0035
jfrank@fgllp.com
fgecker@fgllp.com
rheiligman@fgllp.com

# **CERTIFICATE OF SERVICE**

I, Joseph D. Frank, an attorney, hereby certify that on **February 2, 2016**, the foregoing **RESPONSE OF CRP-2 HOLDINGS AA, L.P. TO MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 1112(b)** was filed electronically using the CM/ECF system, which will automatically serve the parties on the Court's list to receive email notice/service for this case. Additionally, a true and correct copy of the foregoing response was served upon the parties listed on the Service List via e-mail, as indicated

                                              */s/ Joseph D. Frank*

- Sarah Baker    sarah.baker@quarles.com, stella.love@quarles.com
- Michael A Brandess    mbrandess@SugarFGH.com
- Christopher Combest    christopher.combest@quarles.com, Faye.Feinstein@quarles.com
- John J Conway    johnconway@shlawfirm.com
- Faye B Feinstein    faye.feinstein@quarles.com, stella.love@quarles.com
- Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com;mmatlock@fgllp.com
- Jonathan P Friedland    jfriedland@sugarfgh.com, bkdocket@sugarfgh.com;plove@sugarfgh.com
- Frances Gecker    fgecker@fgllp.com, csmith@fgllp.com
- Matthew J. Goldberg    mgoldberg@brglawgroup.com, jrichman@brglawgroup.com
- Aaron L. Hammer    ahammer@sugarfgh.com, chorvay@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocket@sugarfgh.com;dmadden@sugarfgh.com
- Reed A Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com;mmatlock@fgllp.com
- Jeremy C Kleinman    jkleinman@fgllp.com, ccarpenter@fgllp.com;mmatlock@fgllp.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Mark Melickian    mmelickian@SugarFGH.com, ahammer@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com
- David A. Newby    dnewby@comananderson.com, lholub@comananderson.com
- Renu Shah    renu.shah@skadden.com, chdocket@skadden.com;wendy.lamanna@skadden.com;annie.li@skadden.com
- Charles S. Stahl, Jr.    cstahl@smbtrials.com, pcanington@smbtrials.com
- Elizabeth B Vandesteeg    evandesteeg@sugarfgh.com, plove@sugarfgh.com

**Parties Served via Electronic Mail**:

Catherine Guastello Allen cgallen@venable.com
Frederick W.H. Carter fwcarter@venable.com
Cassidy Turley Comm'l Real Estate: Amanda Betlach, amanda.betlach@dtz.com
Gregory A. Cross gacross@venable.com
Leah M. Eisenberg leah.eisenberg@arentfox.com
Evan R. Levy evan.levy@skadden.com
Mark A. McDermott mark.mcdermott@skadden.com
Ron E. Meisler ron.meisler@skadden.com
Christine Okike christine.okike@skadden.com