UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-24683 |
| CRP-2 HOLDINGS AA, L.P., | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO DISMISS

THIS MATTER COMING TO BE HEARD upon the Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b) (the "Motion"; capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion) [Docket No. 248], filed by U.S. Bank, National Association, in its capacity as trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2006-LDP9, Commercial Mortgage Pass-Through Certificates, Series 2006-LDP9 (the "Trust"), by and through CWCapital Asset Management LLC, solely in its capacity as Special Servicer for the Trust; due and proper notice of the Motion having been provided to all entities entitled thereto and no further notice being required to be given to any entity; the Debtor having responded that it does not oppose dismissal of this case, [Docket No. 269]; the Court having conducted a hearing on the Motion; and any objections that have not been withdrawn or otherwise resolved having been overruled; and the Court finding that cause exists under 11 U.S.C. § 1112(b)(1) and that dismissal is in the best interests of the creditors and the estate,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. For the reasons stated on the record, this case is hereby dismissed, effective immediately, for cause pursuant to 11 U.S.C. § 1112(b), and all stays and injunctions of the above-captioned bankruptcy case, including the automatic stay of 11 U.S.C. § 362(a) are hereby terminated, notwithstanding the retention of jurisdiction contained in paragraph 4 below.

3. On or before February 15, 2016, Debtor shall cause to be paid the following amounts for U.S. Trustee quarterly fees:

$9,750.00 for the 4th Quarter 2015 (billed and past-due); and
$6,500.00 for the 1st Quarter 2016.

4. The Court hereby retains jurisdiction over (i) that portion of the First Interim Fee Application of FrankGecker LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to CRP-2 Holdings AA, L.P. for the Period from July 21, 2015 through December 31, 2015 (the "Fee Application"), [Docket No. 244], requesting authority to apply the pre-petition retainer (the "Retainer") provided to FrankGecker LLP ("FrankGecker"); (ii) that portion of the Trust's Limited Objection to the Fee Application, [Docket No. 270], objecting to the use of any of the Trust's Cash Collateral to pay any of FrankGecker's fees and expenses and reserving the Trust's rights to

seek disgorgement of the Retainer; and (iii) that portion of the Committee's Combined Objection to FrankGecker LLP's First Interim Fee Application & Motion for Turnover of Property of the Estate (the "Committee Objection"), [Docket No. 273], that requests turnover of the Retainer.  FrankGecker shall file its retainer agreement on or before February 16, 2016.  The Committee and the Trust shall have through March 8, 2016 to file briefs with respect to the Fee Application and the disgorgement or turnover of the Retainer, to the extent of the Court's retained jurisdiction. The Debtor and/or FrankGecker shall have through March 22, 2016 to file a response to the briefs; and the Court shall hold a status hearing on the briefs and any responses thereto on March 29, 2016 at 10:00 a.m.

Enter:   *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  February 18, 2016

**Prepared by:**

Faye B. Feinstein
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
faye.feinstein@quarles.com